# Exhibit A

FILED
CIVIL DIVISION
OCT 29 2025

Superior Court of the
District of Columbia

## IN THE CIRCUIT COURT FOR THE CITY OF ALEXANDRIA, VIRGINIA

Javan Gaynor
64 H Street SW
Washington, DC 20024
Plaintiff,

-vs-

Bitcoin Depot, Inc.
2870 Peachtree Road NW, Suite 327
Atlanta, Georgia 30305
Defendant.

Case No.: 2025-CAB- 007210

## COMPLAINT FOR NEGLIGENCE, FACILITATION OF FRAUD, NEGLIGENT MISREPRESENTATION, AND CIVIL CONSPIRACY

(Jury Trial Demanded)

### I. PARTIES

1. Plaintiff, Javan Gaynor, is an adult individual residing at 64 H Street SW, Washington, DC 20024.

2. Defendant, Bitcoin Depot, Inc., is a business entity engaged in cryptocurrency kiosk operations with its principal place of business at 2870 Peachtree Road NW, Suite 327, Atlanta, Georgia 30305.

3. At all relevant times, Defendant operated and maintained Bitcoin kiosks in the Commonwealth of Virginia, including one located at 1600 Mount Vernon Avenue, Alexandria, VA, where the fraudulent transactions occurred.

### II. JURISDICTION AND VENUE

4. This Court has jurisdiction under Va. Code § 8.01-328.1(A), the Virginia Long-Arm Statute, as Defendant transacted business and caused injury within the Commonwealth.

5. Venue is proper in this Court pursuant to Va. Code § 8.01-262(3), as the events giving rise to this action occurred within the City of Alexandria.

## III. FACTUAL ALLEGATIONS

6. On June 25, 2025, Plaintiff was the victim of an elaborate and coercive fraud scheme involving individuals who impersonated federal law enforcement officers from the U.S. Customs and Border Protection and the U.S. Marshals Service.

7. The impersonators claimed Plaintiff's name was linked to a criminal investigation and used threats of arrest to compel immediate cooperation.

8. Under extreme psychological pressure, Plaintiff was directed to withdraw $16,600 from his bank accounts and deposit the funds into a Bitcoin Depot kiosk located in Alexandria, Virginia.

9. The imposters represented that this process was part of a legitimate "Alternative Dispute Resolution (ADR)" procedure to safeguard his assets during an investigation.

10. Plaintiff was advised by his financial institution that he had been coerced into a fraudulent scheme.

11. After realizing the deception, Plaintiff immediately contacted Bitcoin Depot and the Alexandria Police Department.

12. A Bitcoin Depot customer service manager ("Josh") informed Plaintiff around 7:54 PM on June 25, 2025, that he would be able to retrieve the funds if the transaction was included in a police report.

13. However, Bitcoin Depot subsequently denied the possibility of retrieval, despite earlier statements and written correspondence confirming willingness to cooperate with law enforcement.

14. Bitcoin Depot's response to the Office of the Attorney General acknowledged that multiple calls occurred between June 25–26, 2025, during which Plaintiff sought assistance and a refund.

15. Defendant's failure to act reasonably or to halt, flag, or investigate the transactions despite clear indications of fraudulent coercion constitutes negligence and reckless disregard for consumer protection.

16. As a direct result, Plaintiff lost $16,600, suffered severe emotional distress, and continues to endure mental anguish and reputational harm.

## IV. COUNT I – FACILITATION OF FRAUD / AIDING AND ABETTING FRAUD

17. Plaintiff realleges paragraphs 1–16.

18. Defendant knowingly or recklessly provided substantial assistance to the individuals perpetrating the fraud by processing, validating, and transmitting the coerced transactions without adequate consumer protection systems in place.

19. Defendant's conduct was a substantial factor in enabling the fraud and causing Plaintiff's losses.

20. Defendant acted with willful blindness to the known risk of fraud schemes involving government impersonation through cryptocurrency kiosks.

21. Plaintiff seeks compensatory and punitive damages for Defendant's willful disregard of foreseeable harm.

## V. COUNT II – NEGLIGENCE

22. Defendant owed Plaintiff a duty of care to implement reasonable anti-fraud measures, warnings, and consumer safeguards.

23. Defendant breached this duty by failing to:

a. Train employees to identify and escalate suspicious transactions; and

b. Prevent or delay processing when notified of likely fraud.

24. Defendant's failure to act constitutes negligent operation of a financial service affecting Virginia consumers.

25. Defendant's breach was the direct and proximate cause of Plaintiff's financial and emotional injuries.

## VI. COUNT III – NEGLIGENT MISREPRESENTATION

26. Defendant, through its representatives, misrepresented the possibility of refund or recovery of funds, including statements that Plaintiff could retrieve the Bitcoin if included in a police report.

27. Plaintiff reasonably relied on those statements to his detriment and delayed pursuing alternative recovery avenues.

28. Defendant failed to exercise reasonable care in making such representations.

29. As a result, Plaintiff sustained additional financial and emotional harm.

## VII. COUNT IV – CIVIL CONSPIRACY TO DEFRAUD (Va. Code §§ 18.2-499 and 18.2-500)

30. Defendant combined, associated, or acted in concert with others, knowingly or negligently, to facilitate and conceal fraudulent activity.

31. Defendant's acts in maintaining a system that enables rapid, irreversible fraudulent transfers—without sufficient oversight or cooperation with law enforcement—constitute overt acts in furtherance of a civil conspiracy.

32. Plaintiff is entitled to treble damages, costs, and attorney's fees under Va. Code § 18.2-500.

## VIII. DAMAGES

33. As a direct and proximate result of Defendant's conduct, Plaintiff suffered:

* Financial loss of $16,600;

* Inability to reconcile financial obligations; bills, rent, and credit lines

* Severe emotional distress, anxiety, and psychological trauma;

* Reputational harm; and

* Expenses associated with police reporting and mitigation efforts.

34. Plaintiff seeks compensatory, consequential, and punitive damages as permitted by law.

## IX. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this Honorable Court enter judgment against Defendant Bitcoin Depot, Inc., and in favor of Plaintiff, and award the following:

A. Compensatory damages of not less than $16,600;

B. Punitive damages sufficient to punish and deter future misconduct; ($3,000,000.00)

C. Treble damages pursuant to Va. Code § 18.2-500;

D. Pre- and post-judgment interest as provided by law;

E. Costs of suit and reasonable attorney's fees; and

F. Such other and further relief as the Court deems just and proper.

## X. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Date: __10/29/2025__

_Javan Gaynor_
Javan Gaynor
Plaintiff,
64 H Street SW
Washington, DC 20024
(202) 322-6267
javangaynor@gmail.com



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

JAVAN GAYNOR
_____
                                                                Plaintiff
                              vs.

                                                                Case Number **2025-CAB-007210**

BITCOIN DEPOT
_____
                                                                Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

JAVAN GAYNOR
_____
Name of Plaintiff's Attorney

64 H Street SW Apt 307
_____
Address
Washington, DC 20024
_____
(202) 322-6267
_____
Telephone

如需翻译，请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주십시오    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

Clerk of the Court

By _____
                                    Deputy Clerk

Date  10/29/2025

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante

           contra

                                    Número de Caso: _____

_____
                                    Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____            *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

_____            Por: _____
Dirección                                                              Subsecretario

_____

_____            Fecha _____
Teléfono
如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828
한국어로 번역을 원하시면 (202)879-4828로 연락하십시오        የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                          Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH

INFORMATION SHEET

JAVAN GAYNOR
_____
Plaintiff(s)

Case Number: 2025-CAB-007210

VS

Date: 10/29/2025

BITCOIN DEPOT
_____
Defendant(s)

☐ One of the defendants is being sued in their official capacity.

| Name: *(Please Print)* JAVAN GAYNOR | Relationship to Lawsuit |
|---|---|
| Firm Name: | ☐ Attorney for Plaintiff |
| | ☑ Self (Pro Se) |
| Telephone No.: DC Bar No.: (202) 322-0267 | ☐ Other: _____ |

TYPE OF CASE: ☑ Non-Jury  ☐ 6 Person Jury  ☐ 12 Person Jury
Demand: $ 3,000,000.00    Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.:_____ Judge: _____ Calendar #:_____

Case No.:_____ Judge: _____ Calendar #:_____

---

NATURE OF SUIT:    *(Check One Box Only)*

**CONTRACT**
☐ Breach of Contract
☐ Breach of Warranty
☐ Condo/Homeowner Assn. Fees
☐ Contract Enforcement
☐ Negotiable Instrument

**COLLECTION/INS. SUB**
☐ Debt Collection
☐ Insurance Subrogation
☐ Motion/Application for Judgment by Confession
☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**
☐ Breach of Contract
☐ Discrimination
☐ Wage Claim
☐ Whistle Blower
☐ Wrongful Termination

**REAL PROPERTY**
☐ Condo/Homeowner Assn. Foreclosure
☐ Declaratory Judgment
☐ Drug Related Nuisance Abatement
☐ Ejectment
☐ Eminent Domain
☐ Interpleader
☐ Other
☐ Quiet Title
☐ Specific Performance

☐ **FRIENDLY SUIT**
☐ **HOUSING CODE REGULATIONS**
☐ **QUI TAM**
☐ **STRUCTURED SETTLEMENTS**

**ADMINISTRATIVE PROCEEDINGS**
☐ Administrative Search Warrant
☐ App. for Entry of Jgt. Defaulted Compensation Benefits
☐ Enter Administrative Order as Judgment
☐ Libel of Information
☐ Master Meter
☐ Petition Other

☐ Release Mechanics Lien
☐ Request for Subpoena

**MALPRACTICE**
☐ Medical – Other
☐ Wrongful Death

**AGENCY APPEAL**
☐ Dangerous Animal Determination
☐ DCPS Residency Appeal
☐ Merit Personnel Act (OEA)
☐ Merit Personnel Act (OHR)
☐ Other Agency Appeal

☐ **APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT**

CV-496/February 2023

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- ☐ Currency
- ☐ Other
- ☐ Real Property
- ☐ Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- ☐ Birth Certificate Amendment
- ☐ Death Certificate Amendment
- ☐ Gender Amendment
- ☐ Name Change

**TORT**
- ☐ Abuse of Process
- ☐ Assault/Battery
- ☐ Conversion
- ☐ False Arrest/Malicious Prosecution
- ☐ Libel/Slander/Defamation
- ☐ Personal Injury
- ☐ Toxic Mass
- ☐ Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
- ☐ Accounting
- ☐ Deceit (Misrepresentation)
- ☒ Fraud
- ☐ Invasion of Privacy
- ☐ Lead Paint
- ☐ Legal Malpractice
- ☐ Motion/Application Regarding Arbitration Award
- ☐ Other - General Civil

- ☐ Product Liability
- ☐ Request for Liquidation
- ☐ Writ of Replevin
- ☐ Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
- ☐ Asbestos

**MORTGAGE FORECLOSURE**
- ☐ Non-Residential
- ☐ Residential

**STATUTORY CLAIM**
- ☐ Anti – SLAPP
- ☒ Consumer Protection Act JG
- ☐ Exploitation of Vulnerable Adult
- ☐ Freedom of Information Act (FOIA)
- ☐ Other

**TAX SALE FORECLOSURE**
- ☐ Tax Sale Annual
- ☐ Tax Sale Bid Off

**VEHICLE**
- ☐ Personal Injury
- ☐ Property Damage

☐ **TRAFFIC ADJUDICATION APPEAL**

☐ **REQUEST FOR FOREIGN JUDGMENT**

_Javan Haynt_                          _10/29/2025_

Filer/Attorney's Signature                          Date

CV-496/February 2023